

# Fourth Court of Appeals
## San Antonio, Texas

October 30, 2019

No. 04-19-00628-CR

Roy **TIPPITT**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 187th Judicial District Court, Bexar County, Texas
Trial Court No. 2018CR13262
Honorable Stephanie R. Boyd, Judge Presiding

### ORDER

In accordance with the court's opinion of this date, appellant's motion for leave to file a late notice of appeal is DISMISSED FOR LACK OF JURISDICTION.

It is so **ORDERED** on October 30, 2019.

_____
Luz Elena D. Chapa, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 30th day of October, 2019.

_____
Luz Estrada,
Chief Deputy Clerk